OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| IN RE:<br>TEA KIES COOPER<br>ANNETTE PETERSEN COOPER<br><br>Debtors | CASE NO: 09-24542<br><br>Chapter 13     FILED ELECTRONICALLY<br><br>JUDGE JUDITH A. BOULDEN |
|---|---|

### TRUSTEE'S PRELIMINARY REPORT OF CLAIMS

The court confirmed the Debtor's plan on July 21, 2009, and the bar date for filing claims in this case has now expired. Debtor's counsel has taken action to resolve the outstanding claim issues, but the following matters are still pending even though it has been more than 120 days after the expiration of the governmental bar date to file claims:

1. Claim No. 5 filed by Citimortgage, Inc. is for a pre-petition 2nd mortgage arrearage which is not provided for in the debtor's plan.  The debtor must take action to resolve this issue.  If this omission is not timely resolved, the Trustee may file a motion to dismiss.

The Trustee estimates that it will take approximately 30 days to finally resolve these outstanding issues. If these issues are timely resolved, the Trustee will file the Report of Claims; if these issues are not timely resolved, the Trustee may take other action, including, filing a motion to dismiss.

Dated: 06/11/2010                                         KRA /S/
                                                           KEVIN R. ANDERSON, CHAPTER 13 TRUTEE

### CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Preliminary Report of Claims was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on 06/11/2010:

TEA KIES COOPER and ANNETTE PETERSEN COOPER, 1393 N 300 W,PROVO, UT  84604

ROBERT S. PAYNE, ECF NOTIFICATION

/s/
_____
Office of Chapter 13 Trustee

Printed by: Jessica